United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

─────────────────

No. 04-20667

─────────────────

KAY STALEY

Plaintiff-Appellee

v.

HARRIS COUNTY TEXAS

Defendant-Appellant

- - - - -
Appeal from the United States District Court for the
Southern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion August 15, 2006, 5 Cir., 2006, _____F.3d_____)

(November 17, 2006)

BEFORE:  JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, WIENER,
         BARKSDALE, GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS,
         CLEMENT, PRADO and OWEN, Circuit Judges.

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule for the filing of

supplemental briefs.